COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER

Appellate case name:  Charles Thompson v. Ace American Insurance Co.

Appellate case number:  01-10-00810-CV

Trial court case number:       0819436

Trial court: 61st District Court of Harris County


      This Court ORDERS that the Clerk of the Court withdraw the mandate issued on December 7, 2012.

      It is so ORDERED.


Judge's signature: <u>/s/ Terry Jennings</u>
                      Acting individually


Date: <u>January 3, 2013</u>